[Nos. 12847-1-II; 12851-9-II;   Division Two.   September 24, 1991.]
     13049-1-II.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL L.
WHITE, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW A.
BLACKETER, *Appellant.*

*In the Matter of the Personal Restraint of* ANDREW A.
BLACKETER, *Petitioner.*

Appeal from a judgment of the Superior Court for
Grays Harbor County, Nos. 88-1-00245-5, 88-1-00259-5,
Michael G. Spencer, J., entered April 24, 1989. *Affirmed*
by unpublished opinion per Morgan, J., concurred in by
Worswick, C.J., and Petrich, J. Petition for relief from
personal restraint *denied.*

[No. 12846-2-II.   Division Two.   September 24, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. STEPHEN
JAMES McDUFFEE, *Appellant.*

Appeal from a judgment of the Superior Court for
Grays Harbor County, No. 89-1-00005-1, Michael G.
Spencer, J., entered April 17, 1989. *Affirmed* by unpub-
lished opinion per Morgan, J., concurred in by Worswick,
C.J., and Alexander, J.

[No. 13254-1-II.   Division Two.   September 24, 1991.]

CHRISTINE COLEMAN, ET AL, *Appellants,* v. ERIC RITTER
HALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 86-2-00828-6, Terence Hanley, J., entered
August 21, 1989. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Worswick, C.J., and Petrich,
J.